FILED: February 9, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4080
(5:19-cr-00346-BO-3)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ANGELA GRIFFIN

      Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
| Originating Case Number | 5:19-cr-00346-BO-3 |
| Date notice of appeal filed in originating court: | 02/08/2022 |
| Appellant(s) | Angela Griffin |
| Appellate Case Number | 22-4080 |
| Case Manager | Ashley Brownlee<br>804-916-2704 |